**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-14101-CV-MIDDLEBROOKS

MICHAEL GRANT,

      Plaintiff,

v.

THE DISTRICT BOARD OF
TRUSTEES FOR INDIAN RIVER
STATE COLLEGE, FLORIDA, a
Florida Not for Profit Corporation,

      Defendant.

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss Counts II-V (DE 11) and Motion to Stay All Proceedings pending a ruling on the Motion to Dismiss (DE 12), filed on May 31, 2023. Plaintiff filed responses to both on June 6, 2023. (DE 17; DE 18).

Plaintiff's response to the Motion to Dismiss states that he "has decided to voluntarily dismiss Counts II, III, IV, and V." (DE 17 at 3). The problem with Plaintiff's plan is that Fed. R. Civ. P. 41(a) does not allow a plaintiff to voluntarily dismiss *some but not all* claims against a single defendant. *Perry v. Schumacher Group of Louisiana*, 891 F.3d 954, 958 (11th Cir. 2018) (citation omitted) ("[I]t has been held that when multiple claims are filed against a single defendant, Rule 41(a) is applicable only to the voluntary dismissal of all the claims in an action. A plaintiff who wishes to drop some claims but not others should do so by amending his complaint pursuant to [Fed. R. Civ. P.] 15."). And in any event, Defendant's Motion to Dismiss is now ripe for adjudication. Given that Plaintiff provides no substantive response to Defendant's Motion to Dismiss, thus conceding all its argument, I will grant Defendant's Motion to Dismiss.

Defendant's Motion to Stay sought to stay proceedings pending a ruling on its Motion to Dismiss.  (DE 12 at 1).  This Order does that.  Thus, I will deny as moot Defendant's Motion to Stay.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Dismiss Counts II-V (DE 11) is **GRANTED**.

2. Plaintiff's Counts II-V in the Amended Complaint (DE 7) are **DISMISSED WITH PREJUDICE**.

3. Defendant's Motion to Stay (DE 12) is **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 7th day of June, 2023.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record