UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

MICHAEL GRANT,

    Plaintiff,

v.                                          Civil Action No.: 2:23-CV-14101-DMM

THE DISTRICT BOARD OF
TRUSTEES FOR INDIAN RIVER
STATE COLLEGE, FLORIDA, a
Florida Not for Profit Corporation,

    Defendant.

_____/

**MEDIATION REPORT**
**(Case Settled)**

The parties conducted a mediation before the undersigned on September 15, 2023. All parties and their counsel appeared. The mediation was successful, and the parties reached a settlement.

Dated: September 18, 2023                     Respectfully submitted,

                                                  *s/Kevin W. Shaughnessy*
                                                  **Mediator**
                                                  Florida Bar No. 0473448
                                                  E-mail: kshaughnessy@bakerlaw.com
                                                  Secondary E-Mail: sverneret@bakerlaw.com
                                                  BAKER & HOSTETLER LLP
                                                  200 South Orange Avenue, Ste 2300
                                                  Orlando, FL 32801
                                                  Tel: (407) 649-4000
                                                  Fax: (407) 841-0168

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 18th day of September, 2023, a copy of the foregoing is being filed electronically via the Court's CM/ECF system, which will automatically serve a copy to the attorneys all attorneys of record, including:

| | |
|---|---|
| F. Damon Kitchen, Esq. | Julien Maynard, Esq. |
| Margaret P. Zabijaka, Esq. | Anthony Hall, Esq. |
| Constangy, Brooks, Smith & Prophete LLP | The Leach Firm |
| 200 West Forsyth Street | 1560 N. Orange Ave. |
| Suite 1700 | Suite 600 |
| Jacksonville, FL 32202 4317 | Winter Park, FL 32789 |
| DKitchen@constangy.com | jmaynard@theleachfirm.com |
| mzabijaka@constangy.com | ahall@theleachfirm.com |

*s/Kevin W. Shaughnessy*
Mediator