UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

MICHAEL GRANT,

      Plaintiff,                    CASE NO.: 2:23-CV-14101-DMM

vs.

THE DISTRICT BOARD OF
TRUSTEES FOR INDIAN RIVER
STATE COLLEGE, FLORIDA, a
Florida Not for Profit Corporation,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, MICHEAL GRANT, and Defendant, THE DISTRICT BOARD OF TRUSTEES FOR INDIAN RIVER STATE COLLEGE, FLORIDA, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and file their Joint Stipulation of Dismissal with Prejudice.

Dated this 28th day of September, 2023.

Respectfully submitted,

| *s/Anthony Hall* | *s/F. Damon Kitchen* |
|---|---|
| Anthony Hall, Esq. | Margaret P. Zabijaka, Esq. |
| FL Bar No.: 40924 | FL Bar No. 199880 |
| THE LEACH FIRM, P.A. | F. Damon Kitchen, Esq. |
| 1560 N. Orange Avenue, Suite 600 | FL Bar No. 861634 |
| Winter Park, Florida 32789 | CONSTANGY, BROOKS, SMITH |
| Telephone: (407) 574-4999 | & PROPHETE, LLP |
| Facsimile: (833) 523-5864 | Post Office Box 41099 |

| | |
|---|---|
| Email: ahall@theleachfirm.com<br>Email: yhernandez@theleachfirm.com<br>***Attorneys for Plaintiff*** | Jacksonville, Florida 32203<br>Telephone: (904) 356-8900<br>Facsimile: (904) 356-820<br>Email: mzabijaka@constangy.com<br>Email: dkitchen@constangy.com<br><br>***Attorneys for Defendant*** |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 28th day of September, 2023, the foregoing was filed via the CM/ECF system which will send a copy to opposing counsel.

                      ***s/Anthony Hall***
                      Anthony Hall, Esq.