UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-CV-14101-MIDDLEBROOKS

MICHAEL GRANT,

    Plaintiff,

v.

THE DISTRICT BOARD OF
TRUSTEES FOR INDIAN RIVER
STATE COLLEGE, FLORIDA, a
Florida Not for Profit Corporation,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal filed by Plaintiff, Michael Grant, and Defendant, The District Board of Trustees for Indian River State College, which the Parties filed on September 28, 2023. (DE 33). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no Order of the Court is required to dismiss the claims against the Defendant.

Accordingly, it is hereby **ORDERED and ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE** this case. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this __3__ day of October, 2023.

                                                  DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record